UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SAMUEL SAUNDERS,                                              :
                              Petitioner,    :      24 Civ. 8987 (LGS)
                                                              :      19 Crim. 679-1 (LGS)
               -against-                                      :
                                                              :      **ORDER**
UNITED STATES OF AMERICA,                                     :
                              Respondent.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 11, 2024, Petitioner, proceeding *pro se*, moved for relief from his conviction pursuant to 28 U.S.C. § 2255, in part on the ground of ineffective assistance of counsel;

WHEREAS, on March 18, 2025, Petitioner requested that his former court-appointed counsel, Leonardo M. Aldridge, respond to questions regarding the representation (the "Request");

WHEREAS, such response would effect a waiver of the attorney-client privilege between Attorney Aldridge and Petitioner as a matter of law.  It is hereby

**ORDERED** that by **April 23, 2025**, Attorney Aldridge shall confer with Petitioner regarding the potential waiver of attorney-client privilege.  If Petitioner determines to waive the privilege and instructs attorney Aldridge to do so, by **April 30, 2025**, Attorney Aldridge shall obtain Petitioner's written waiver and provide it to the Court with the attorney's affidavit or declaration, sworn to under penalty of perjury, responding to the Request.

The Clerk of Court is respectfully directed to mail a copy of the Order to Petitioner.

Dated: April 1, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**